| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>NELSON, THOMAS G. | 2. Court or Organization<br><br>United States Court of Appeals | 3. Date of Report<br><br>2/23/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Senior) | 5. ReportType (check appropriate type)<br><br>○ Nomination,　　Date<br><br>○ Initial　　◉ Annual　　○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P.O. Box 1339<br><br>Boise, ID 83701-1339 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

✔ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED MAR 11 03 AM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NELSON, THOMAS G | 2/23/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

✔ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

**NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Idaho Family Physicians |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✔ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

✔ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NELSON, THOMAS G | 2/23/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  IRA ACCOUNT #1, Dain Rauscher | | | | | | | | | |
| 2.  IRA ACCOUNT #2, Dain Rauscher | | | | | | | | | |
| 3.  IRA ACCOUNT #3, Charles Schwab, Money Market Fund | C | Dividend | K | T | part liquid | 4/15 | | | |
| 4.  — Viro Pharma. Inc. | | None | J | T | | | | | |
| 5.  U.S. BANK - savings account | A | Interest | | T | closed | 4/15 | | | |
| 6.  U.S. BANK - checking account #1 | | None | J | T | | | | | |
| 7.  U.S. BANK - checking account #2 | | None | J | T | | | | | |
| 8.  IDAHO CENTRAL CREDIT UNION - checking account #1 | A | Interest | J | T | | | | | |
| 9.  IDAHO CENTRAL CREDIT UNION - checking account #2 | A | Interest | K | T | | | | | |

Income/Gain Codes:  A - $1,000 or less  B  $1,001-$2,500  C  = $2,501-$5,000  D  = $5,001-$15,000  E  = $15,001-$50,000
(See Columns B1 and D4)  F  $50,001-$100,000  G  $100,001-$1,000,000  H1  $1,000,001-$5,000,000  H2 - More than $5,000,000
Value Codes:  J  $15,000 or less  K  $15,001-$50,000  L  $50,001-$100,000  M  $100,001-$250,000
(See Columns C1 and D3)  N  $250,001-$500,000  O  $500,001-$1,000,000  P1  $1,000,001-$5,000,000  P2  $5,000,001-$25,000,000
P3  $25,000,001-$50,000,000  P4  More than $50,000,000
Value Method Codes  Q  Appraisal  R  Cost (Real Estate Only)  S  Assessment  T  Cash Market
V  Other  W  Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| NELSON, THOMAS G | 2/23/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

As mentioned on previous reports, I am unable to divulge details of ▮▮▮▮▮ financial accounts since she refuses to disclose that information to me.

The funds realized from the transactions shown on lines 3 and 5 were used to purchase an exempt asset.

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

NELSON, THOMAS G

Date of Report

2/23/2005

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date _February 23, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544